**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| POM OF VIRGINIA, LLC, a Wyoming limited liability company, QUEEN OF VIRGINIA SKILL AND ENTERTAINMENT, LLC, a Wyoming limited liability company, | |
| Plaintiffs, | Case No. 3:19-cv-00479 |
| v. | **JURY TRIAL DEMANDED** |
| COLEMAN MUSIC AND ENTERTAINMENT, LLC, a Florida limited liability company, | |
| Defendant. | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1, and to enable Judges and Magistrate Judges to evaluate disqualification or recusal, the undersigned counsel for the Plaintiffs certifies as follows:

1. With respect to each Plaintiff, there is no parent, subsidiary, or affiliate entities (corporate or otherwise) that has issued stock or debt securities to the public.

2. With respect to each Plaintiff, there is no publicly held entity (corporate or otherwise) that owns 10% or more of its stock.

3. With respect to Plaintiffs, the parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities are as follows:  Michael Pace, Debbie Wesson, LLC, Guru Holdings, LLC, Louis Miele, Equity Trust Company fbo Daniel N. Warren  IRA, and Wooddawg, LLC.

Dated this 28th day of June, 2019.

POM OF VIRGINIA LLC AND QUEEN OF VIRGINIA
SKILL AND ENTERTAINMENT, LLC

By Counsel:


/s/ Matthew B. Kirsner_____
Anthony F. Troy, VSB No. 06985
Matthew B. Kirsner, VSB No. 41615
Jessica A. Glajch, VSB No. 83924
ECKERT SEAMANS CHERIN & MELLOTT, LLC
919 East Main Street
Suite 1300
Richmond, Virginia 23219
Telephone: (804) 788-7752
Fax: (804) 698-2950
ttroy@eckertseamans.com
mkirsner@eckertseamans.com
jglajch@eckertseamans.com

Steven G. Hill, GA Bar No. 354658
John L. North, GA Bar No. 545580
Vivek Ganti, GA Bar No. 755019
Martha L. Decker, GA Bar No. 420867
(*applications for admission pro hac vice to be filed*)
HILL, KERTSCHER, & WHARTON, LLP
3350 Riverwood Parkway
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Fax: (770) 953-1358
sgh@hkw-law.com
jln@hkw-law.com
vg@hkw-law.com
md@hkw-law.com

Counsel for Plaintiffs POM of Virginia LLC and Queen of
Virginia Skill and Entertainment, LLC