AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| POM OF VIRGINIA, LLC, a Wyoming limited liability company, QUEEN OF VIRGINIA SKILL AND ENTERTAINMENT, LLC, a Wyoming limited liability company <br> *Plaintiff* <br> v. <br> COLEMAN MUSIC AND ENTERTAINMENT, LLC, a Florida limited liability company <br> *Defendant* | ) ) ) ) ) ) Case No.    3:19-cv-00479 |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

POM OF VIRGINIA, LLC and QUEEN OF VIRGINIA SKILL AND ENTERTAINMENT, LLC                                    .

Date:    06/28/2019

/s/ Jessica A. Glajch
*Attorney's signature*

Jessica A. Glajch, VSB No. 83924
*Printed name and bar number*

ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006
*Address*

jglajch@eckertseamans.com
*E-mail address*

(804) 788-7752
*Telephone number*

(804) 698-2950
*FAX number*