AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| POM OF VIRGINIA, LLC, a Wyoming limited liability company, QUEEN OF VIRGINIA SKILL AND ENTERTAINMENT, LLC, a Wyoming limited liability company<br>*Plaintiff*<br>v.<br>COLEMAN MUSIC AND ENTERTAINMENT, LLC, a Florida limited liability company<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.   3:19-cv-00479 |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

POM OF VIRGINIA, LLC and QUEEN OF VIRGINIA SKILL AND ENTERTAINMENT, LLC                          .

Date:      07/01/2019                                               /s/ Anthony F. Troy
                                                                          *Attorney's signature*

                                                              Anthony F. Troy, VSB No. 06985
                                                              *Printed name and bar number*

                                                              ECKERT SEAMANS CHERIN & MELLOTT, LLC
                                                              919 East Main Street
                                                              Suite 1300
                                                              Richmond, Virginia 23219
                                                                          *Address*

                                                              ttroy@eckertseamans.com
                                                                          *E-mail address*

                                                              (804) 788-7752
                                                                          *Telephone number*

                                                              (804) 698-2950
                                                                          *FAX number*