

Reset Form    Print Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:19-cv-00871____, Case Name _POM of Virginia v. Coleman Music & Ent.___

Party Represented by Applicant: Plaintiffs

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) Steven Grant Hill

Bar Identification Number 354658____    State Georgia____

Firm Name Hill Kertscher & Wharton, LLP

Firm Phone # 770-953-0995____    Direct Dial # 678-384-7450____    FAX # 770-953-1358____

E-Mail Address sgh@hkw-law.com

Office **Mailing** Address 3350 Riverwood Parkway, Suite 800, Atlanta, GA 30339

Name(s) of federal court(s) in which I have been admitted See attached list._____

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/s/ Steven G. Hill____

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice.*

/s/ Matthew B. Kirsner                     6/28/2019

(Signature)                                          (Date)
Matthew B. Kirsner                             41615

(Typed or Printed Name)                  (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __✓__ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____    /s/ /VD    July 1, 2019
(Judge's Signature)                (Date)

**Rossie D. Alston, Jr.**
**United States District Judge**

Federal Courts to which Steven G. Hill has been admitted:

U.S. District Court for the Northern District of Georgia (Admitted 5/31/1995)

U.S. District Court for the Middle District of Georgia (Admitted 12/20/1996)

U.S. District Court for the Eastern District of Texas (Admitted 2/14/2008)

U.S. Court of Appeals for the 6th Circuit (Admitted 4/19/2010)

U.S. Court of Appeals for the 9th Circuit (Admitted 1999)

U.S. Court of Appeals for the 10th Circuit (Admitted 2001)

U.S. Court of Appeals for the 11th Circuit (Admitted 6/28/1995)

U.S. Court of Appeals for the Federal Circuit (Admitted (9/19/2001)