Reset Form    Print Form

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:19-cv-00871____, Case Name POM of Virginia v. Coleman Music & Ent.____

Party Represented by Applicant: Plaintiffs____

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) John Lincoln North____

Bar Identification Number 545580____ State Georgia____

Firm Name Hill Kertscher & Wharton, LLP____

Firm Phone # 770-953-0995____ Direct Dial # 678-384-7458____ FAX # 770-953-1358____

E-Mail Address jln@hkw-law.com____

Office **Mailing** Address 3350 Riverwood Parkway, Suite 800, Atlanta, GA 30339____

Name(s) of federal court(s) in which I have been admitted See attached list.____

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/s/ John L. North____

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Matthew B. Kirsner____    6/28/2019____

(Signature)    (Date)

Matthew B. Kirsner____    41615____

(Typed or Printed Name)    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __✓__ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____    July 1, 2019

(Judge's Signature)    (Date)

/s/

Rossie D. Alston, Jr.
United States District Judge

Federal Courts to which John L. North has been admitted:

U.S. District Court for the Northern District of Georgia (Admitted 11/19/1987)

U.S. District Court for the Middle District of Georgia (Admitted 2/26/2003)

U.S. Court of Appeals for the Third Circuit (Admitted 9/17/1992)

U.S. Court of Appeals for the Ninth Circuit (Admitted 5/25/2017)

U.S. Court of Appeals for the Federal Circuit (Admitted 7/31/1998)

The Supreme Court of the United States (Admitted 6/16/1996)