## RETURN OF SERVICE

State of Virginia                    County of                    **Eastern District Court**

Case Number: 1:19-CV-871-RDA/TCB



SHA2019003332

Plaintiff:
**POM OF VIRGINIA, LLC, A WYOMING LIMITED LIABILITY COMPANY, QUEEN OF VIRGINIA
SKILL AND ENTERTAINMENT, LLC, A WYOMING LIMITED LIABILITY COMPANY,**

vs.

Defendant:
**COLEMAN MUSIC AND ENTERTAINMENT, LLC, A FLORIDA LIMITED LIABILITY COMPANY,**

For:
ECKERT SEAMANS CHERIN & MELLOTT, LLC
919 E MAIN ST
SUITE 1300
RICHMOND, VA 23219

Received by ORANGE LEGAL, INC on the 8th day of July, 2019 at 1:10 pm to be served on **COLEMAN MUSIC AND ENTERTAINMENT, LLC,
1015 HAINES ST, JACKSONVILLE, FL 32206**.

I, JAMES HENDON, do hereby affirm that on the **10th day of July, 2019** at **12:35 pm, I:**

served a **CORPORATION** by delivering a true copy of the **LETTER, SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS** with the date
and hour of service endorsed thereon by me, to: **SUSAN HAAS** as **OFFICE MANAGER for COLEMAN MUSIC AND ENTERTAINMENT, LLC**, at the
address of: **1015 HAINES ST, JACKSONVILLE, FL 32206**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: WHITE, Height: 5'9, Weight: 100, Hair: BROWN, Glasses: Y

I certify I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the Judicial Circuit in
which the process was served and/or am otherwise duly authorized to have served process in the jurisdiciton where process was served. Under
Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. Description of whom was served is soley based
upon the opinion of the person making the declaration. NO NOTARY REQUIRED PURSUANT TO FS 92.525(2).

_____
JAMES HENDON
SPECIAL PROCESS SERVER #409

ORANGE LEGAL, INC
633 EAST COLONIAL DRIVE
ORLANDO, FL 32803
(800) 275-7991

Our Job Serial Number: SHA-2019003332
Ref: 573627

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c