## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

POM OF VIRGINIA, LLC, a Wyoming      )
limited liability company, QUEEN OF      )
VIRGINIA SKILL AND                       )
ENTERTAINMENT, LLC, a Wyoming      )
limited liability company,                       )
                                                          )
Plaintiffs,                                          )
                                                          )
v.                          )          Case No. 1:19-cv-00871-RDA-TCB
                                                          )
COLEMAN MUSIC AND                     )              JURY TRIAL DEMANDED
ENTERTAINMENT, LLC a Florida        )
limited liability company,                      )
                                                          )
Defendant.                                      )

### DEFENDANT COLEMAN MUSIC AND ENTERTAINMENT, LLC'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Defendant, Coleman Music and Entertainment, LLC ("CME"), by counsel, and pursuant to Fed. Civ. R. P. 6(b)(1) and Local Civil Rule 7(F)(2) of the Eastern District of Virginia, respectfully files this motion for an extension of time to file a responsive pleading to the Complaint.

In support of this motion CME, states as follows:

1.      POM of Virginia, LLC and Queen of Virginia Skill and Entertainment, LLC (collectively, "Plaintiffs") filed the Complaint in this action on or about June 28, 2019.

2.      CME was served with the Complaint and Summons on or about July 10, 2019, making its responsive pleadings thereto due on or about July 31, 2019.

3.      CME seeks an extension up to and including August 15, 2019 to investigate Plaintiffs' claims, explore resolution, and prepare and file a responsive pleading.

4.      This is CME's first request for an extension of time in this action.

5.      An extension of time will neither prejudice Plaintiffs nor result in undue delay.

6.      Counsel for Plaintiffs have confirmed that they do not oppose this motion.

7.      A copy of a proposed order granting the requested extension is submitted with this motion.

8.      As this motion is unopposed, the parties waive oral argument, and respectfully request that the Court decide the motion without a hearing.

WHEREFORE, for the foregoing reasons, CME respectfully requests that the Court grant this motion and grant an extension of time to up to and including August 15, 2019, to file the responsive pleadings.

Respectfully submitted,
COLEMAN MUSIC AND ENTERTAINMENT, LLC
By Counsel

/s/John P. Pennington
John P. Pennington (VSB No.82512)
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson Street Northwest
Suite 400
Washington, D.C. 20007
Tel:  (202) 263-4300
Fax:  (202) 263-4329
Email: jpennington@sgrlaw.com
*Counsel for Defendants Coleman Music and Entertainment, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/John P. Pennington