**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **POM OF VIRGINIA, LLC, a Wyoming limited liability company, QUEEN OF VIRGINIA SKILL AND ENTERTAINMENT, LLC, a Wyoming limited liability company,** | ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Case No. 1:19-cv-00871-RDA-TCB** |
| **COLEMAN MUSIC AND ENTERTAINMENT, LLC a Florida limited liability company,** | ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| **Defendant.** | ) | |

**NOTICE OF WAIVER OF ORAL HEARING**

Defendant, Coleman Music and Entertainment, LLC ("CME"), by counsel, and pursuant to Local Rule 7(E) and 7(J) hereby submits that its motion for extension of time, which is unopposed by Plaintiffs, can be decided on the papers without an oral hearing.

Respectfully submitted,
COLEMAN MUSIC AND ENTERTAINMENT, LLC
By Counsel

/s/John P. Pennington
John P. Pennington (VSB No.82512)
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson Street Northwest
Suite 400
Washington, D.C. 20007
Tel: (202) 263-4300
Fax: (202) 263-4329
Email: jpennington@sgrlaw.com
*Counsel for Defendants Coleman Music and Entertainment, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/John P. Pennington