AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| POM OF VIRGINIA, LLC, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.    1:19-cv-00871-RDA-TCB |
| COLEMAN MUSIC AND ENTERTAINMENT, LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COLEMAN MUSIC AND ENTERTAINMENT, LLC                                                                .

Date:      07/31/2019

/s/John P. Pennington
*Attorney's signature*

John P. Pennington VSB 82512
*Printed name and bar number*

SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson Street Northwest, Suite 400
Washington, D.C. 20007

*Address*

jpennington@sgrlaw.com
*E-mail address*

(202) 263-4300
*Telephone number*

(202) 263-4329
*FAX number*