**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **POM OF VIRGINIA, LLC, a Wyoming limited liability company, QUEEN OF VIRGINIA SKILL AND ENTERTAINMENT, LLC, a Wyoming limited liability company,** | ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Case No. 1:19-cv-00871-RDA-TCB** |
| **COLEMAN MUSIC AND ENTERTAINMENT, LLC a Florida limited liability company,** | ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| **Defendant.** | ) | |

**DEFENDANT'S DISCLOSURE STATEMENT**
**PURSUANT TO LOCAL CIVIL RULE 7.1**

Defendant Coleman Music and Entertainment, LLC ("CME"), by its attorneys, in

accordance with Local Civil Rule 7.1, states as follows:

1.      CME has nothing to report under Local Civil Rule 7(A)(1)(a); and

2.      CME identifies Mr. Gary B. Coleman, Jr. pursuant to Local Civil Rule 7(A)(1)(b).

Dated:  August 1, 2019

Respectfully submitted,
COLEMAN MUSIC AND ENTERTAINMENT, LLC
By Counsel

/s/John P. Pennington
John P. Pennington (VSB No.82512)
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson Street Northwest
Suite 400
Washington, D.C. 20007
Tel:  (202) 263-4300

Fax:  (202) 263-4329
Email: jpennington@sgrlaw.com
*Counsel for Defendants Coleman Music and Entertainment, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of August, 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/John P. Pennington