IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| POM OF VIRGINIA, LLC, a Wyoming limited liability company, QUEEN OF VIRGINIA SKILL AND ENTERTAINMENT, LLC, a Wyoming limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> COLEMAN MUSIC AND ENTERTAINMENT, LLC a Florida limited liability company, <br><br> Defendant. | Case No. 1:19-cv-00871-RDA-TCB <br><br> JURY TRIAL DEMANDED |

**ORDER**

Defendant, Coleman Music and Entertainment, LLC ("CME"), by counsel, and pursuant to Fed. Civ. R. P. 6(b)(1) and Local Rule 7(F)(2)(b), has filed an unopposed motion for an extension of time to answer or otherwise respond to the Complaint filed by Plaintiffs POM of Virginia, LLC, and Queen of Virginia Skill and Entertainment, LLC (collectively, "Plaintiffs").

Upon consideration of the motion, for good cause shown, and lack of opposition to the motion, it is hereby,

ORDERED that CME's unopposed motion for an extension of time is GRANTED. CME shall have until August 15, 2019 to file a responsive pleading to the Complaint.

ENTERED this _____ day of _____, 2019.   _____/s/_____

Theresa Carroll Buchanan
United States Magistrate Judge

UNITED STATES          /MAGISTRATE JUDGE