**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| POM OF VIRGINIA, LLC, a Wyoming limited liability company, QUEEN OF VIRGINIA SKILL AND ENTERTAINMENT, LLC, a Wyoming limited liability company,<br><br>        Plaintiffs,<br><br>    v.<br><br>COLEMAN MUSIC AND ENTERTAINMENT, LLC, a Florida limited liability company,<br><br>        Defendant. | Case No. 1:19-cv-00871-RDA-TCB |

## CONSENT MOTION FOR PERMANENT INJUNCTION AGAINST DEFENDANT AND FINAL JUDGMENT

Plaintiffs POM of Virginia, LLC and Queen of Virginia Skills and Entertainment, LLC and Defendant Coleman Music and Entertainment, LLC have agreed to resolve the above-captioned litigation.  Pursuant to that agreement, the parties move for entry of the attached order granting entry of a Permanent Injunction against Defendant, judgment against Defendant as to Count II of the Complaint and dismissal of Count I of the Complaint without prejudice.

In support of their Motion, the parties refer the Court to the accompanying Memorandum in Support of Consent Motion for Permanent Injunction Against Defendant and Final Judgment.

DATED this 15th day of August, 2019.

POM OF VIRGINIA LLC AND
QUEEN OF VIRGINIA SKILL
AND ENTERTAINMENT, LLC

By Counsel:

/s/ Matthew B. Kirsner_
Anthony F. Troy, VSB No. 05985
Matthew B. Kirsner, VSB No. 41615
Jessica A. Glajch, VSB No. 83924
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
919 East Main Street
Suite 1300
Richmond, Virginia 23219
Telephone: (804) 788-7752
Fax: (804) 698-2950
ttroy@eckertseamans.com
mkirsner@eckertseamans.com
jglajch@eckertseamans.com


/s/ Steven G. Hill_
Steven G. Hill, GA Bar No. 354658
(admitted pro hac vice)
John L. North, GA Bar No. 545580
(admitted pro hac vice)
Vivek Ganti, GA Bar No. 755019
(admitted pro hac vice)
Martha L. Decker, GA Bar No. 420867
(admitted pro hac vice)
HILL, KERTSCHER, & WHARTON, LLP
3350 Riverwood Parkway
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Fax: (770) 953-1358
sgh@hkw-law.com
jln@hkw-law.com
vg@hkw-law.com
md@hkw-law.com

2

/s/ John P. Pennington_____
John P. Pennington, VSB No. 82512
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson Street, NW
Suite 400
Washington, DC 20007
Telephone: (202) 263-4300
Fax: (202) 263-4329
jpennington@sgrlaw.com

*Counsel for Defendant Coleman*
*Music and Entertainment, LLC*

3