AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| POM OF VIRGINIA, LLC, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| COLEMAN MUSIC AND ENTERTAINMENT, LLC | ) |
| *Defendant* | ) |

Case No.   1:19-cv-00871-RDA-TCB

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

POM of Virginia, LLC and Queen of Virginia Skill and Entertainment, LLC

Date:    11/08/2019

*Benjamin Beliles*
*Attorney's signature*

Benjamin A. Beliles (72723)
*Printed name and bar number*

Eckert Seamans Cherin & Mellott, LLC
919 East Main Street, Suite 1300
Richmond, VA  23219

*Address*

bbeliles@eckertseamans.com
*E-mail address*

(804) 788-7740
*Telephone number*

(804) 698-2950
*FAX number*