**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| POM OF VIRGINIA, LLC, a Wyoming limited liability company, QUEEN OF VIRGINIA SKILL AND ENTERTAINMENT, LLC, a Wyoming limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> COLEMAN MUSIC AND ENTERTAINMENT, LLC, a Florida limited liability company, <br><br> Defendant. | Case No. 1:19-cv-00871-RDA-TCB |

## PLAINTIFFS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT

Plaintiffs, through the undersigned counsel, hereby move to enforce the Settlement Agreement and Permanent Injunction in the above-captioned action.

DATED this 8th day of November, 2019.

POM OF VIRGINIA LLC AND QUEEN OF VIRGINIA SKILL AND ENTERTAINMENT, LLC

By Counsel:

/s/ Benjamin A. Beliles
Anthony F. Troy, VSB No. 06985
Matthew B. Kirsner, VSB No. 41615
Benjamin A. Beliles, VSB No. 72723
ECKERT SEAMANS CHERIN & MELLOTT, LLC
919 East Main Street
Suite 1300
Richmond, Virginia 23219
Telephone:  804.788.7740
Fax:  804.698.2950
ttroy@eckertseamans.com
mkirsner@eckertseamans.com
bbeliles@eckertseamans.com

1

Steven G. Hill, GA Bar No. 354658
John L. North, GA Bar No. 545580
Vivek Ganti, GA Bar No. 755019
Martha L. Decker, GA Bar No. 420867
HILL, KERTSCHER, & WHARTON, LLP
3350 Riverwood Parkway
Atlanta, Georgia 30339
Telephone:  770.953.0995
Fax:  770.953.1358
sgh@hkw-law.com
jln@hkw-law.com
vg@hkw-law.com
md@hkw-law.com

*Counsel for Plaintiffs POM of Virginia LLC
and Queen of Virginia Skill and
Entertainment, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2019, I will electronically file the foregoing

with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing

(NEF) to the following:

John P. Pennington
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson Street, NW
Suite 400
Washington, DC 20007
Tel:  202.263.4300
Fax:  202.263.4329
jpennington@sgrlaw.com
*Counsel for Defendants Coleman Music and Entertainment, LLC*

/s/ Benjamin A. Beliles
Benjamin A. Beliles, Esq. (VSB No. 72723)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
919 East Main Street, Suite 1300
Richmond, Virginia 23219
Telephone:  804.788.7740
Fax:  804.698.2950
bbeliles@eckertseamans.com