**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| POM OF VIRGINIA, LLC, a Wyoming limited liability company, QUEEN OF VIRGINIA SKILL AND ENTERTAINMENT, LLC, a Wyoming limited liability company,<br><br>   Plaintiffs,<br><br>   v.<br><br>COLEMAN MUSIC AND ENTERTAINMENT, LLC, a Florida limited liability company,<br><br>   Defendant. | Case No. 1:19-cv-00871-RDA-TCB |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on November 22, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard, POM of Virginia, LLC and Queen of Virginia Skill and Entertainment, LLC, by counsel, will appear and present oral argument in support of their Motion to Enforce the Settlement Agreement filed with this Court on November 8, 2019.  Defendant has agreed with the Plaintiffs to a hearing date of November 22, 2019.

DATED this 11th day of November, 2019.

POM OF VIRGINIA LLC AND QUEEN OF VIRGINIA SKILL AND ENTERTAINMENT, LLC

By Counsel:

/s/ Benjamin A. Beliles
Anthony F. Troy, VSB No. 06985
Matthew B. Kirsner, VSB No. 41615
Benjamin A. Beliles, VSB No. 72723
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
919 East Main Street
Suite 1300
Richmond, Virginia 23219
Telephone: (804) 788-7752
Fax: (804) 698-2950

ttroy@eckertseamans.com
mkirsner@eckertseamans.com
jglajch@eckertseamans.com

Steven G. Hill, GA Bar No. 354658
John L. North, GA Bar No. 545580
Vivek Ganti, GA Bar No. 755019
Martha L. Decker, GA Bar No. 420867
(*applications for admission pro hac vice to be filed*)
HILL, KERTSCHER, & WHARTON, LLP
3350 Riverwood Parkway
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Fax: (770) 953-1358
sgh@hkw-law.com
jln@hkw-law.com
vg@hkw-law.com
md@hkw-law.com


Counsel for Plaintiffs POM of Virginia LLC and Queen of Virginia Skill and Entertainment, LLC

2