UNITED STATES DISTRICT COURT

Eastern District of Virginia

POM of Virginia, LLC, Queen of Virginia
Skill and Entertainment, LLC
                         Plaintiff(s),

        v.

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 1:19-CV-00871

COLEMAN MUSIC AND ENTERTAINMENT, LLC
                         Defendant(s).

Notice is hereby given that, subject to approval by the court, POM of Virginia, LLC and
Queen of Virginia Skill and Entertainment, LLC substitutes Ian R. Dickinson, State Bar No.
92736 as counsel of record in place of Anthony F. Troy, Matthew B. Kirsner, Jessica A. Glajch,
and Benjamin A. Beliles.

Contact information for new counsel is as follows:

Firm Name:   Womble Bond Dickinson (US) LLP
Address:     201 E. Main Street, Ste. P., Charlottesville, VA 22902
Telephone:   (202) 857-4463
E-Mail       Ian.Dickinson@wbd-us.com

I consent to the above substitution.
Date: _____

I consent to being substituted.
Date: _____

_____
(Signature of Party (s))

_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/19/2020

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 2, 2020

_____
Judge

_____
/s/
Rossie D. Alston, Jr.
United States District Judge