UNITED STATES DISTRICT COURT

Eastern District of Virginia

POM of Virginia, LLC, Queen of Virginia
Skill and Entertainment, LLC
               Plaintiff(s),
     v.

COLEMAN MUSIC AND ENTERTAINMENT, LLC
          Defendant(s).

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:19-CV-00871

Notice is hereby given that, subject to approval by the court, POM of Virginia, LLC and

Queen of Virginia Skill and Entertainment, LLC substitutes Jason C. Hicks, State Bar No. 46961

as counsel of record in place of Anthony F. Troy, Matthew B. Kirsner, Jessica A. Glajch,

Benjamin A. Beliles.

Contact information for new counsel is as follows:

Firm Name:   Womble Bond Dickinson (US) LLP
Address:     201 E. Main Street, Ste. P., Charlottesville, VA 22902
Telephone:  (202) 857-4536
E-Mail       Jason.Hicks@wbd-us.com

I consent to the above substitution.
Date: _____

I consent to being substituted.
Date: 2 / 13 / 2020

Queen of Virginia Skill Entertainment, LLC

by: _____

its - General Counsel

(Signature of Party (s))

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 2/20/20

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

March 2, 2020

_____
Judge

_____
/s/
Rossie D. Alston, Jr.
United States District Judge